**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy:   Patricia Glover | Date:   April 22, 2015 |
| Court Reporter:   Darlene Martinez | |

Criminal Action No. 15-cr-00051-MSK

*Parties*:                                                                                      *Counsel Appearing:*

UNITED STATES OF AMERICA,                                      Jason St. Julien

       Plaintiff,

v.

SAMMI BERNER,                                                                 Timothy O'Hara

       Defendant.

---

**COURTROOM MINUTES**

---

HEARING:    Motions

**4:01 p.m.        Court in session.**

Defendant present on bond.

The Court addresses defendant's Motion to Disclose Grand Jury Material (**Doc. #19**).

Argument.

**ORDER:**    Defendant's Motion to Disclose Grand Jury Material (**Doc. #19**) is **DENIED**.

The Court addresses Motion to Vacate Pretrial Motions Deadline and Trial Date (**Doc. #15**)

Argument.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

**ORDER:** This hearing is continued to **May 11, 2015 at 3:00 p.m.**, in Courtroom A901, 901 19th Street, Denver, CO.  The trial currently scheduled for **April 27, 2015 at 1:00 p.m. is VACATED** and will be reset at the next hearing when the Court considers defendant's Motion to Vacate (**Doc. #15**).

**ORDER:** Bond is continued.

**4:18 p.m.** **Court in recess.**

**Total Time:** **17 minutes.**
**Hearing continued.**